UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| RANDY WETHINGTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO.: 4:10-cv-84-WCL-PRC |
| | ) |
| ADVANCED CORRECTIONAL | ) |
| HEALTHCARE, INC., and | ) |
| DR. JOHN COLLIER, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL**

All parties, by themselves and their undersigned attorneys, hereby stipulate pursuant to Rule 41 of the Federal Rules of Civil Procedure that the above-entitled action be dismissed with prejudice as to the claims of Plaintiff Randy Wethington as to all remaining Defendants, each party to bear their own costs.

Respectfully submitted,

s/ Carol A. Dillon
Carol A. Dillon, #25549-49
Attorney for Defendants
Bleeke Dillon Crandall, P.C.
8470 Allison Pointe Boulevard, Suite 420
Indianapolis, Indiana 46250-4365
317.567.2222
Fax: 317.567.2220
jim@bleekedilloncrandall.com
carol@bleekedilloncrandall.com

s/ Richard A. Waples
Richard A. Waples
Attorney for Plaintiff
Waples & Hanger
410 N. Audubon Road
Indianapolis, IN 46219
rwaples@wapleshanger.com