UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| RANDY WETHINGTON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ADVANCED CORRECTIONAL ) <br> HEALTHCARE, INC., and DR. JOHN ) <br> COLLIER, ) <br> ) <br> Defendants. ) | CAUSE NO.: 4:10-cv-84-WCL-PRC |

## ORDER OF DISMISSAL WITH PREJUDICE

The Court, having received a joint Stipulation of Dismissal, with Prejudice, and reviewing the same and being duly advised in the premises, hereby grants said Stipulation and hereby orders that this case be dismissed with prejudice.

WHEREFORE, it is hereby ORDERED, ADJUDGED AND DECREED that the above and foregoing cause of action be dismissed, with prejudice.

Dated:  April 18, 2012

                  s/William C. Lee
                  Judge, U.S. District Court,
                  Northern District of Indiana

**Distribution to:**

James F. Bleeke
Carol A. Dillon
jim@bleekedilloncrandall.com
carol@bleekedilloncrandall.com

Richard A. Waples
Waples & Hanger
rwaples@wapleshanger.com